# In the United States Court of Federal Claims

Nos. 21-1116, 21-1118, 21-1119
(Filed: November 19, 2024)

```
***************************************
CONNECTICUT YANKEE ATOMIC          *
POWER COMPANY,                     *
                                   *
              Plaintiff,           *
                                   *
       and                         *
                                   *
MAINE YANKEE ATOMIC POWER          *
COMPANY,                           *
                                   *
              Consolidated Plaintiff, *
                                   *
       and                         *
                                   *
YANKEE ATOMIC ELECTRIC             *
COMPANY,                           *
                                   *
              Consolidated Plaintiff, *
                                   *
       v.                          *
                                   *
THE UNITED STATES,                 *
                                   *
              Defendant.           *
***************************************
```

## STIPULATED JUDGMENT

It is hereby stipulated and agreed by and between the parties, Plaintiffs Connecticut Yankee Atomic Power Company, Maine Yankee Atomic Power Company, and Yankee Atomic Electric Company (collectively, "Yankees") and Defendant the United States ("the Government"), to allow judgment to be entered against the Government in the total amount of $145,000,000, as follows:

- Connecticut Yankee Atomic Power Company $52,780,000

- Maine Yankee Atomic Power Company $48,430,000

- Yankee Atomic Electric Company $43,790,000

Subject to the Government's appeal of the Court's order granting the Yankees' motion for partial summary judgment and denying the Government's motion for summary judgment, this Stipulated Judgment resolves the Yankees' breach of contract claim for the period of January 1, 2017, through December 31, 2021, only, and has no effect on the Yankees' future claims for the period January 1, 2022, forward.

The parties reserve their rights to appeal this Court's written decisions and orders, including the Court's order granting the Yankees' motion for partial summary judgment and denying the Government's motion for summary judgment. [ECF 109].

Each party shall bear its own costs, fees, and expenses.

**IT IS SO ORDERED.**

s/ Thompson M. Dietz
THOMPSON M. DIETZ, Judge